FILED
CLERK, U.S. DISTRICT COURT
JAN 16 2015
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> Raul Ortega Longino <br>     Defendant. | Case No.: ED15-10M <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Northern_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)   information in the Pretrial Services Report and Recommendation

    (X)   information in the violation petition and report(s)

    (X)   the defendant's nonobjection to detention at this time

    ( )   other: _____

1  　　　　　and/ or
2  B. (X) The defendant has not met his/her burden of establishing by clear and
3  　　　　　convincing evidence that he/she is not likely to pose a danger to the
4  　　　　　safety of any other person or the community if released under 18 U.S.C.
5  　　　　　§ 3142(b) or (c). This finding is based on the following:
6  　　　　　(X)　information in the Pretrial Services Report and Recommendation
7  　　　　　(X)　information in the violation petition and report(s)
8  　　　　　(X)　the defendant's nonobjection to detention at this time
9  　　　　　( )　other: _____
10
11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.
13
14 Dated: January 16, 2015　　　　　　　　　[signature]
15 　　　　　　　　　　　　　　　　　　　　　SHERI PYM
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge